AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>Proceeds on deposit in Account No. XXXXXXXXX6880, Account No. XXXXXXXXX6899 and Account No. XXXXXXXXX6902, Branch Banking and Trust, Williamson, WV in the name of William F. Ryckman, M.D. | Case No. 2:10-mj-00031 |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Southern_____ District of _____West Virginia_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Proceeds on deposit in Account No. XXXXXXXXX6880, Account No. XXXXXXXXX6899 and Account No. XXXXXXXXX6902, Branch Banking and Trust, Williamson, WV in the name of William F. Ryckman, M.D. up to the total sum of $4,604,565.00.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before March 11, 2010
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____Mary E. Stanley_____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: Feb. 25, 2010 3:28 pm    *Mary E. Stanley*
                                                *Judge's signature*

City and state: Charleston, West Virginia     Honorable Mary E. Stanley, U.S. Magistrate Judge
                                                *Printed name and title*

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:10-mj-00031 | Date and time warrant executed:<br>3/2/2010 @ 11:00A | Copy of warrant and inventory left with:<br>JANE M. KING |

Inventory made in the presence of:
JANE M. KING, BB+T, Assistant V.P., Regional Operations Audit Officer /Deon Loffery FBI

Inventory of the property taken:

(see attached)

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/8/2010

Submitted to MES on 3/19/10 by MKS w/ Motion to Seal / file redacted documents

_____
Executing officer's signature

FBI SA James F Loffety II
Printed name and title

Resubmitted to MES on 3/29/10 by MKS w/ revised Motion to Seal / file redacted documents

FD-597 (Rev 8-11-94)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) 3/2/2010

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) JANE M. KING, Assistant VP, Regional Operations Officer

(Street Address) Branch Banking + Trust, 300 Summers Street, 2nd Fl

(City) Charleston, WV 25301 (304) 348-7285

Description of Item(s): BB+T Official Check Number 5002048023 payable to the U.S. Marshals Service, Dated 3/2/2010 in the amount of $269,111.15 (6899); BB+T Official Check Number 5002048025 payable to the U.S. Marshals Service, Dated 3/2/2010 in the amount of $39,759.37 (6902); and BB+T Official Check Number 5002048024 payable to the U.S. Marshals Service Dated 3/2/2010 in the amount of $62,206.84 (6880)

Received By: Deon A Lauffer
(Signature)

Received From: Jane King
(Signature)